Philip L. Pillsbury, Jr. (SBN 72261)
Richard D. Shively (SBN 104895)
PILLSBURY & LEVINSON, LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Plaintiff
PACIFIC COAST BUILDING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST BUILDING PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY, <br><br> Defendant. | Case No.  CIV 2-04-1059 LKK KJM <br><br> **PLAINTIFF'S EXPERT WITNESS DISCLOSURE** <br><br><br> Courtroom:   4 (Judge Karlton) <br> Trial Date:   10/4/05 |

PLAINTIFF PACIFIC COAST BUILDING PRODUCTS, INC. presents herein the following list of witnesses whose expert opinion testimony plaintiff expects to offer in evidence at the trial of this action, either orally or by deposition testimony:

   1.   **Paul Hamilton**, 3159 Montecito Meadow Drive, Santa Rose, CA 95404, (707) 545-4109.

   2.   **James R. Kirby**, Segal & Kirby, 770 "L" Street, Suite 1440, Sacramento, CA 95814, (916) 441-0828.

1 |     Accompanying this disclosure is a declaration regarding the above expert witnesses, pursuant
2 | to Fed. R. Civ. P. 26 (a)(2)(B).
3 |
4 | DATED: January 7, 2005                    PILLSBURY & LEVINSON, LLP

By _____
Richard D. Shively
Attorneys for Plaintiff
PACIFIC COAST BUILDING PRODUCTS